# BURSOR & FISHER
P.A.

**1330 Avenue of the Americas**
**32nd Floor**
**New York, NY 10019**
**www.bursor.com**

JULIAN C. DIAMOND
Tel: **646.837.7150**
Fax: **212.989.9163**
jdiamond@bursor.com

December 26, 2023

**Via ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *Pietres, et al. v. Nestlé Purina PetCare Company*, No. 7:23-cv-08959 (S.D.N.Y.)

Dear Judge Halpern:

    I represent Plaintiffs Adrienne Pietres and Brenda Natoli ("Plaintiffs") in the above-referenced matter. I write pursuant to Section 2(B) of the Court's Individual Rules of Practice to alert the Court that an initial conference has not been scheduled within two months after the service of the commencement papers.

Very truly yours,

*Julian Diamond*

Julian C. Diamond