# King & Spalding

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Keri E. Borders
Partner
Direct Dial: +1 213 443 4393
Direct Fax: +1 213 443 4310
KBorders@KSLAW.com

February 9, 2024

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:** *Pietres, et al. v. Nestlé Purina PetCare Company*, No. 7:23-cv-08959

Dear Judge Halpern:

Pursuant to the Court's February 5, 2024 Order, Defendant Nestlé Purina PetCare Company ("Purina") writes to the Court to inform the Court that it does not intend to file a motion to dismiss, and instead intends to file an answer to the complaint on or before February 23, 2024.

Sincerely,

Keri E. Borders

CC: All counsel via ECF