IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIENNE PIETRES, BRENDA NATOLI, and BLAIR HOFFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLE PURINA PETCARE COMPANY,<br><br>Defendant. | Case No. 7:23-cv-08959<br><br>Hon. Philip M. Halpern |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal of Plaintiffs' claims with prejudice. Accordingly, Plaintiffs Adrienne Pietres, Brenda Natoli, and Blair Hoffman hereby voluntarily dismiss their claims with prejudice.

Dated:  September 20, 2024

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            September 23, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *Julian Diamond*
     Julian C. Diamond

Julian C. Diamond
1330 Avenue of the Americas, Fl. 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jarisohn@bursor.com

*Attorney for Plaintiffs*

Keri E. Borders

King & Spalding LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Email: kborders@kslaw.com

*Attorney for Defendant*